EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Luis A. Alvarado Hernández | 2016 TSPR 125 <br><br> 195 DPR ____ |

Número del Caso: TS-15,105


Fecha: 17 de junio de 2016


Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila De Jesús
      Director


Abogados del Peticionario:

      Lcdo. Eduardo Vera Ramírez
      Lcdo. Eileen Landrón Guardiola


Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis A. Alvarado Hernández          TS-15,105


RESOLUCIÓN

San Juan, Puerto Rico, a 17 de junio de 2016.

Luego de examinar la Petición del Sr. Luis A. Alvarado Hernández y *el Informe sobre Estado de Obra Incautada* presentado por la Oficina de Inspección de Notarías (ODIN) el 3 de junio de 2016, reinstalamos al señor Alvarado Hernández a la profesión de la abogacía. Ello, condicionado a que en un término de treinta (30) días presente una certificación de ODIN que acredite que presentó el Informe de Actividad Notarial de 2010. Dentro del mismo término deberá corregir las fechas de los Índices de Actividad Notarial Mensual correspondientes a marzo de 2011, abril de 2011, mayo de 2011, junio de 2011, julio de 2011, agosto de 2011, septiembre de 2011 y julio de 2013, ya que éstas no son acordes al momento en que se otorgaron los instrumentos públicos. Además, dentro de igual término deberá acreditar que se comunicó con ODIN para comenzar el proceso de subsanación de las faltas señaladas en el *Informe sobre Estado de Obra Incautada*. Advertimos que de no cumplir con todo lo aquí dispuesto se dejará sin efecto su reinstalación a la abogacía.

En cuanto a la solicitud de reinstalación a la notaría se provee no ha lugar en estos momentos.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres proveería no ha lugar. El Juez Asociado señor Estrella Martínez no intervino.


                                    Juan Ernesto Dávila Rivera
                                    Secretario del Tribunal Supremo